**United States Bankruptcy Court**
**of the**
**Northern District Of Illinois**
**Western Division**

Trustee's Final Report

In Re:  WALTER T. GRAF, III & VIKKI M. GRAF                Case Number: 07-72316
       113 S. BROADWAY                  SSN-xxx-xx-2545 & xxx-xx-1725
       MCHENRY, IL  60050

                                                    Case filed on:    9/26/2007
                                                    Plan Confirmed on:
                              U Dismissed  Unconfirmed

Total funds received and disbursed pursuant to the plan: $3,164.00          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | ATTORNEY SCOTT A BENTLEY | 3,774.00 | 3,774.00 | 1,905.59 | 0.00 |
|  | Total Legal | 3,774.00 | 3,774.00 | 1,905.59 | 0.00 |
| 999 | WALTER T. GRAF, III | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | HARLEY-DAVIDSON CREDIT | 8,336.14 | 6,405.00 | 575.88 | 436.14 |
| 003 | MCHENRY COUNTY TAX COLLECTOR | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | MCHENRY COUNTY TAX COLLECTOR | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | OCWEN FEDERAL BANK FSB | 3,884.84 | 0.00 | 0.00 | 0.00 |
| 006 | SELECT PORTFOLIO SERVICING INC | 29,481.59 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 41,702.57 | 6,405.00 | 575.88 | 436.14 |
| 001 | FISHER & SHAPIRO | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | HARLEY-DAVIDSON CREDIT | 0.00 | 1,931.14 | 0.00 | 0.00 |
| 007 | AMERICASH LOANS LLC | 195.28 | 195.28 | 0.00 | 0.00 |
| 008 | CAPITAL ONE | 779.58 | 779.58 | 0.00 | 0.00 |
| 009 | CHRYSLER FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | COLLECTION CONSULTANTS DIVISION | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | CREDIT COLLECTION SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | CREDIT COLLECTION SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | CREDIT COLLECTION SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | FIRST REVENUE ASSISTANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | EZ PAYDAY ADVANCES | 3,208.01 | 3,208.01 | 0.00 | 0.00 |
| 016 | GREATER ELGIN EMERGENCY SPECIALISTS | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | LAW OFFICE OF MITCHELL KAY | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | MCHENRY MIDDLE SCHOOL | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | MERCHANTS CREDIT | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | MERCHANTS CREDIT | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | MERCHANTS CREDIT GUIDE | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | MERCHANTS CREDIT GUIDE | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | MERCHANTS CREDIT GUIDE CO. | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | NCO FINANCIAL SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | NCO FINANCIAL SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | NIMC | 57.69 | 57.69 | 0.00 | 0.00 |
| 027 | RISK MGMT ALTERNATIVES | 0.00 | 0.00 | 0.00 | 0.00 |
| 028 | RIVERVIEW ASSET MGMT SERVICE, LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| 029 | WEST ASSET MANAGEMENT, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 030 | EDWARD & MARIA KLICH | 0.00 | 0.00 | 0.00 | 0.00 |
| 031 | WELLS FARGO FINANCIAL | 1,409.51 | 1,409.51 | 0.00 | 0.00 |
| 032 | AMERICASH LOANS LLC | 1,049.83 | 1,049.83 | 0.00 | 0.00 |
| 033 | JEFFERSON CAPITAL SYSTEMS, LLC | 1,678.57 | 1,678.57 | 0.00 | 0.00 |
|  | Total Unsecured | 8,378.47 | 10,309.61 | 0.00 | 0.00 |
|  | Grand Total: | 53,855.04 | 20,488.61 | 2,481.47 | 436.14 |

Total Paid Claimant:     $2,917.61
Trustee Allowance:       $246.39        Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:    0.00         discharging the trustee and the trustee's surety from any and all
                                        liablility on account of the within proceedings, and closing the estate,
                                        and for such other relief as is just.  Pursuant to FRBP, I hereby
                                        certify that the subject case has been fully administered.

Report Dated:

                                              /s/ Lydia S. Meyer
                                              Lydia S. Meyer, Trustee

**United States Bankruptcy Court**
of the
**Northern District Of Illinois**
**Western Division**

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 07/30/2008                    By  /s/Heather M. Fagan